# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2724
LT Case No. 16-2025-CC-11003

_____

JASMINE GORDON,

    Appellant,

    v.

LIBERTY SQUARE (FL) OWNER II,
LLC,

    Appellee.

_____

On appeal from the County Court for Duval County.
Kimberly Anne Sadler, Judge.

Jasmine Gordon, Jacksonville, pro se.

Whitney H. Daly, of The MGFD Law Firm, Palm Harbor, for
Appellee.

June 16, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and LAMBERT and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____